# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-mj-265 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| TONY KEOHANAME, | : | |
| Defendant. | : | |

## ORDER

Upon request of the United States of America, it is ordered that a detention hearing is set for August 19, 2022 at 10:30 a.m. before United States Magistrate Judge Peter B. Silvain, Jr., via GoToMeeting.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

August 18, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge